```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | |
| RASDANIEL ELIJAH ROLLIE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing no. 17, is granted and the deadline for conducting discovery is extended to January 15, 2009.

DATED this 8th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge