AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
### District of Nebraska

United States of America )
v. )
**Rasdaniel Elijah Rollie** )
) Case No: **4:08CR3178-2**
) USM No: **22503-047**
Date of Original Judgment: **07/16/2009** )
Date of Previous Amended Judgment: ) **Clarence E. Mock**
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **168** months **is reduced to** **135 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

**Filings 247 and 248 are granted as provided herein.**

Except as otherwise provided, all provisions of the judgment dated **07/16/2009** shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  **05/08/2012**                                  **s/ Richard G. Kopf**
                                                              *Judge's signature*

Effective Date:  **05/08/2012**                              **Richard G. Kopf, Senior United States District Judge**
*(if different from order date)*                              *Printed name and title*